

1 PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
2 LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
3 Oakland, CA 94612
Telephone: (510) 465-3328
4 Facsimile: (510) 763-8354

5 Attorneys for Debtors

**The following constitutes the order of the court.**
**Signed March 17, 2015**

_William J. Lafferty, III_
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                          **Case No. 09-71311 WJL**

11 **VERNON LOUIS LAWRENCE and**        **Chapter 13**
   **ANNA DOREEN LAWRENCE,**
12
                                        **JUDGMENT VOIDING LIEN OF**
13              **Debtors.**            **NATIONSTAR MORTGAGE, LLC AS**
                                        **SUCCESSOR IN INTEREST TO BAC**
14                                      **HOME LOANS SERVICING AND ITS**
                                        **SUCCESSORS IN INTEREST**
15 _____/

16

17     On April 20, 2010, this court entered an ORDER VALUING LIEN OF

18 BANK OF AMERICA / BAC HOME LOANS SERVICING against certain property of

19 Debtors for purposes of this chapter 13 case. That order was subject

20 to being set aside until Debtors obtained a discharge in this chapter

21 13 case. Debtors having obtained discharge, the court now therefore

22 enters the following judgment:

23

24     The second lien of Nationstar Mortgage, LLC as successor in

25 interest to BAC Home Loans Servicing and its successors in interest

26 regarding the property commonly known as 2400 66th Avenue, Oakland, CA

94605, and which was recorded in Alameda County on or about July 26, 2006 as document 2006288362, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

COURT SERVICE LIST


Vernon and Anna Lawrence
2400 66th Avenue
Oakland, CA 94605

Attn: Bill Taylor or Megan Koza
Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Attn: Officer or Managing Agent
Nationstar Mortgage LLC
PO Box 619081
Dallas, TX 75261-9741

Attn: Officer or Managing Agent
Nationstar Mortgage LLC
C/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833